UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PETER OSVALDIK and T-MOBILE CORPORATION,<br><br>　　　　　Defendant. | Case No.  1:23-cv-01488-HBK<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE<br><br>(Doc. No. 2) |

　　　　Plaintiff proceeds in this civil action *pro se*.  (Doc. No. 1).  Plaintiff filed an application seeking leave to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. No. 2).  Plaintiff's application form is incomplete.  Specifically, Plaintiff states he is employed and provides the address for his employer, but he fails to "state the amount the [his] take-home salary or wages and pay period."  (*See* Doc. No. 2 at 1, Question 2).  The Court therefore will deny Plaintiff's application motion <u>without</u> <u>prejudice</u> to Plaintiff filing a new completed application form (AO 240).[1]

　　　　Accordingly, it is **ORDERED**:

　　　　1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is DENIED without prejudice.

---

[1] The form is available on the court's website http://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/.

2. Within thirty (30) days from the date on this Order, Plaintiff shall either pay the $402.00 filing fee or file a completed application form should he wish to proceed *in forma pauperis*.

3. Plaintiff's failure to timely comply with this Order will result in the Court recommending this matter's dismissal for Plaintiff's failure to prosecute this action and/or comply with this Order.

Dated:   November 1, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2