# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER OSVALDIK and T-MOBILE CORPORATION,<br><br>　　　　Defendants. | Case No.  1:23-cv-01488-HBK<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 4) |

　　　　Plaintiff proceeds in this civil action *pro se*.  (Doc. No. 1).  Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. No. 4).  Plaintiff's declarations in the motion satisfies the requirements under § 1915.   The Court will screen plaintiff's pro se complaint in due course before ordering service.

　　　　Accordingly, it is **ORDERED**:

　　　　Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 4) is GRANTED.

Dated:　November 13, 2023

　　　　　　　　　　　　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE