1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| REGINALD SMITH,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PETER OSVALDIK and T-MOBILE CORPORATION,<br><br>　　　　　Defendants. | Case No. 1:23-cv-1488 JLT HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE AMENDED COMPLAINT WITHOUT LEAVE TO AMEND, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 9) |
|---|---|

　　　　Reginald Smith is proceeding pro se and *in forma pauperis* in this civil action, in which he seeks to hold Peter Osvaldick and T-Mobile Corporation liable for violations of the Federal Reserve Act, "Bill of Exchange Act," and breach of contract under California law. (Doc. 7.)  The assigned magistrate judge found there is "no private right of action under the Federal Reserve Act and the Court cannot locate a 'Bill of Exchange Act.'" (Doc. 9 at 6.)  To the extent Plaintiff attempted to invoke 12 U.S.C. § 361, the magistrate judge found the provision does not provide a private cause of action.  (*Id.*)  The magistrate judge found Plaintiff failed to state a cognizable claim under federal law and the Court lacks subject matter jurisdiction.  (*Id.* at 7.)  In addition, the magistrate judge found that affording leave to amend would be futile because Plaintiff was granted leave to amend yet failed "to adequately state any plausible federal claim" in the amended complaint and "largely repeats the same deficient claims alleged in the initial complaint."  (*Id.*)  Therefore, the magistrate judge recommended the amended complaint be dismissed "without

further leave to amend." (*Id.*)

Plaintiff filed timely objections to the Findings and Recommendations, objecting to the dismissal of his claims. (Doc. 10.) However, Plaintiff does not address the findings of the magistrate judge or identify facts that support determination that he stated a cognizable claim under federal law. In addition, Plaintiff fails to show there are additional facts to support his federal claims, such that leave to amend should be granted.

According to 28 U.S.C. § 636 (b)(1)(C), the Court performed *a de novo* review of the case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS:**

1. The Findings and Recommendations filed on February 22, 2024 (Doc. 9) are **ADOPTED** in full.
2. The amended complaint is **DISMISSED** without leave to amend.
3. Plaintiff's claims under state law are **DISMISSED** without prejudice for lack of jurisdiction.
4. The Clerk of Court shall this case.

IT IS SO ORDERED.

Dated: __March 15, 2024__                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE